In re Alexandra M. SPIEGEL, Debtor.

Alexandra M. Spiegel; Stillwater Ranch Development; Susan Didriksen, Chapter 7 trustee for the estate of Alexandra M. Spiegel, Appellants,

v.

Wright Grandchildren, L.P.; Michael Wright, Appellees,

Stephen Hung, Interested Party.

No. 11–60024.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Oct. 16, 2012.

Filed Nov. 13, 2012.

William Austin Cooper, W. Austin Cooper PC, Howard S. Nevins, Esquire, Hefner Stark & Marois, Sacramento, CA, Matthew Emrick, Law Offices of Matthew Emrick, Rocklin, CA, for Appellants.

Susan Didriksen, Shingle Springs, CA, pro se.

Michael C. Fallon, Esquire, Michael D. Senneff, Esquire, Senneff Freeman & Bluestone, LLP, Santa Rosa, CA, for Appellees.

Peter C. Bronson, Esquire, Law Offices of Peter C. Bronson, APC, Sacramento, CA, for Interested Party.

Before: WALLACE and BEA, Circuit Judges, and RESTANI, Judge.*

* The Honorable Jane A. Restani, Judge for the U.S. Court of International Trade, sitting by designation.

MEMORANDUM **

Having considered the plain language of the contract, as well as the evidence offered to prove the intention of the parties, *see Jones–Hamilton Co. v. Beazer Materials & Services, Inc.*, 973 F.2d 688, 692 (9th Cir.1992), we hold that the release clause in the contract between Spiegel and Wright Grandchildren L.P. is not ambiguous. It should therefore be interpreted in accordance with its plain language, giving effect to all of its provisions. Cal. Civ. Code § 1638 (Deering 2012); Cal.Civ.Proc. Code § 1858 (Deering 2012). The clause required Wright Grandchildren L.P., upon the sale of the Improved Property, to release the Improved Property if Spiegel tendered $150,000. Consistent with this decision, the case is reversed and remanded for the bankruptcy court to make any necessary findings to resolve the competing claims of the parties. REVERSED AND REMANDED.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.